

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00920-CR

Jacob **SAN MIGUEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-8798B
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed:   January 28, 2009

DISMISSED FOR WANT OF JURISDICTION

The trial court imposed sentence on December 20, 2007. Because appellant did not file a motion for new trial, appellant's notice of appeal was due to be filed by January 21, 2008. TEX. R. APP. P. 26.2(a). Appellant, however, did not file his notice of appeal until December 15, 2008. Given the fact that appellant's notice of appeal was not timely filed, we are without jurisdiction to entertain this appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH